UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORRENCE T. PALMS, | CASE NO. C18-0838JLR |
| Plaintiff, | SHOW CAUSE MINUTE ORDER |
| v. | |
| RICH AUSTIN, JR., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable

James L. Robart, U.S. District Judge:

It is ORDERED that the parties show cause by September 14, 2018, why this

action should not be dismissed for failing to comply with Order requiring Status Report

signed July 12, 2018, and due August 16, 2018. Absent a timely response to this Order,

//

//

//

the action SHALL BE DISMISSED without prejudice.

Filed and entered this 4th day of September, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2