# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TORRENCE T. PALMS,<br><br>             Plaintiff,<br><br>   v.<br><br>RICH AUSTIN JR.,<br><br>             Defendant. | CASE NO. C18-0838JLR<br><br>ORDER DISMISSING CASE |

On September 6, 2018, the court entered an order that, *inter alia*, granted Defendant Rich Austin Jr.'s motion to dismiss Plaintiff Torrence Palms's complaint, and granted Mr. Palms leave to amend his complaint within 20 days from the date of the order. (Order (Dkt. # 12).) On September 25, 2018, Mr. Palms asked the court for 30 additional days to amend his complaint so that he could first retain counsel. (Mot. (Dkt. # 15) at 1.) In the alternative, Mr. Palms asked the court to dismiss the case without prejudice. (*See id.*) Mr. Austin did not respond to Mr. Palms's motion. (*See generally*

//

ORDER - 1

Dkt.) For the following reasons, the court GRANTS in part and DENIES in part Mr. Palms's motion, and DISMISSES this case without prejudice.

Local Rule 7(j) provides a party with potential relief from a filing deadline. *See* Local Rules W.D. Wash. LCR 7(j). A stay from a deadline is appropriate when there is an "unforeseen emergency." *Ramirez v. Chow*, No. C12-5630JRC, 2013 WL 2285977, at *2 (W.D. Wash. May 23, 2013); *see also Lambert v. Dennis*, No. C15-1213RSM, 2016 WL 7441012, at *1 (W.D. Wash. Dec. 27, 2016). Moreover, "[a] motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline." Local Rules W.D. Wash. LCR 7(j). Mr. Palms filed his motion for relief on September 25, 2018 (*see* Mot.), one day before his deadline to amend his complaint (*see* Order at 13). Mr. Palms did not present the court with any evidence of an "unforeseen emergency" that makes relief from the deadline appropriate. The court therefore DENIES Mr. Palms's request for relief from the deadline.

More than 20 days have now passed since the court issued the order described above. (*See* Order.) Mr. Palms has failed to file an amended complaint. (*See generally* Dkt.) Accordingly, the court GRANTS Mr. Palms's alternatively requested relief, and DISMISSES without prejudice his complaint in its entirety.

Dated this 11th day of October, 2018.

JAMES L. ROBART
United States District Judge